CLOSED,BRADY

# U.S. District Court
# Southern District of California (San Diego)
# CRIMINAL DOCKET FOR CASE #: 3:26−mj−05300−AHG All Defendants

Case title: USA v. Flores Cazares

Date Filed: 09/09/2026

Date Terminated: 09/22/2026

---

Assigned to: Magistrate Judge Allison H. Goddard

**Defendant (1)**

**Kevin Brandon Flores Cazares**
*TERMINATED: 09/22/2026*
87575506

represented by

**Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101−5008
(619)234−8467
Fax: (619)687−2666
Email: cassd_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Nina B. Papachristou**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92116
619−234−8467
Email: nina_papachristou@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Pending Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
| --- | --- |
| 18:1349,1343,1344 − Conspiracy to Commit Wire Fraud, Bank Fraud; Bank Fraud | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557−5610<br>Fax: (619)557−5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney*<br><br>**Taaj Robinson**<br>DOJ−USAO<br>880 Front Street<br>San Diego, CA 92101<br>619−546−9701<br>Email: taaj.robinson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2026 | 1 | SEALED OUT OF DISTRICT COMPLAINT as to Kevin Brandon Flores Cazares (1). (Attachments: # 1 INFO SHEET) (cc: AUSA) (mxm) (Entered: 09/09/2026) |
| 09/09/2026 | 2 | Set/Reset Duty Hearings as to Kevin Brandon Flores Cazares: Initial Appearance − ODC set for 9/9/2026 before Magistrate Judge Allison H. Goddard. (no document attached) (kxt) (Entered: 09/09/2026) |
| 09/09/2026 | 3 | Minute Entry for proceedings held before Magistrate Judge Allison H. Goddard: Government oral motion to unseal the case for hearing purposes only is granted. Initial Appearance − Out of District Complaint as to the "person charged as" Kevin Brandon Flores Cazares held on 9/9/2026. Federal Defenders appointed as counsel provisionally for Kevin Brandon Flores Cazares. Bond set as to Kevin Brandon Flores Cazares (1) $10,000 PS secured by 1 FRRA.( Removal/ID Hearing set for 9/22/2026 09:00 AM before Magistrate Judge Allison H. Goddard.) Case ordered resealed. (CD# 9/9/2026 AHG 26−1:2:27−3:08). (Plaintiff Attorney Taaj Robinson AUSA). (Defendant Attorney Arshi Baig FD−S/A). (no document attached) (aje) (Entered: 09/10/2026) |
| 09/09/2026 | 4 | ***English. No Interpreter needed as to Kevin Brandon Flores Cazares (no document attached) (aje) (Entered: 09/10/2026) |
| 09/09/2026 | 5 | ORDER Setting Conditions of Release. Bond set for Kevin Brandon Flores Cazares (1) $10,000 PS secured by 1 FRRA. Signed by Magistrate Judge Allison H. Goddard on 9/9/2026. (mxl) (Entered: 09/10/2026) |
| 09/11/2026 | 7 | P/S Bond Filed as to Kevin Brandon Flores Cazares in amount of $10,000 + 1FRA, Signed by Magistrate Judge Allison H. Goddard on 9/11/26. (Document applicable to USA, Kevin Brandon Flores Cazares.) (aum) (Entered: 09/14/2026) |
| 09/11/2026 | 8 | ABSTRACT OF ORDER Releasing Kevin Brandon Flores Cazares. (aum) (Entered: 09/14/2026) |
| 09/13/2026 | 6 | ORDER as to Kevin Brandon Flores Cazares: The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.. Signed by Magistrate Judge Allison H. Goddard on 9/9/26. (aje) (Entered: 09/13/2026) |

| | | |
|---|---|---|
| 09/16/2026 | 10 | REDACTED INDICTMENT as to Kevin Brandon Flores Cazares. (jpp) (Entered: 09/21/2026) |
| 09/21/2026 | 11 | NOTICE OF ATTORNEY APPEARANCE Taaj Robinson appearing for USA. *AUSA Robinson is lead counsel.* (Robinson, Taaj)Attorney Taaj Robinson added to party USA(pty:pla) (Entered: 09/21/2026) |
| 09/22/2026 | 12 | NOTICE OF ATTORNEY APPEARANCE: Nina B. Papachristou appearing for Kevin Brandon Flores Cazares (Papachristou, Nina)Attorney Nina B. Papachristou added to party Kevin Brandon Flores Cazares(pty:dft) (Entered: 09/22/2026) |
| 09/22/2026 | 13 | Minute Entry for proceedings held before Magistrate Judge Allison H. Goddard: Removal/ID Hearing as to Kevin Brandon Flores Cazares held on 9/22/2026. Defendant admits identity, waives hearing and submits a signed waiver. Court signs the submitted Warrant for Removal. Court orders defendant to appear on 10/7/26 at 10:00 AM in Northern District of Texas in Courtroom #1566.Court confirms appointment of counsel.(CD# 9/22/2026 9:29−9:45; 10:25−10:28; 10:50−10:51). (Plaintiff Attorney S/A Taaj Robinson, AUSA). (Defendant Attorney Jamie Schmid, FD for Nina Papachristou, FD). (no document attached) (tkl) Modified text on 9/22/2026 (tkl). (Entered: 09/22/2026) |
| 09/22/2026 | 14 | WAIVER of Rule 5(c)(3) Hearing by Kevin Brandon Flores Cazares (dde) (Entered: 09/24/2026) |
| 09/22/2026 | 15 | ORDER OF REMOVAL to District of Northern District of Texas as to Kevin Brandon Flores Cazares. Signed by Magistrate Judge Allison H. Goddard on 9/22/2026. (dde) (Entered: 09/24/2026) |
| 09/22/2026 | 16 | NOTICE to Receiving District: **(Northern District of Texas)**, of Case Removal, as to Kevin Brandon Flores Cazares. The following documents are available on the public docket: 8 Abstract of Order, 10 Redacted Document (Indictment/Information − No R Counts), 11 Notice of Attorney Appearance − USA, 6 Order re Rule 5(f) Advisal − Brady Advisal,, 14 Waiver of Rule 5(c)(3) Hearing, 15 Order of Removal to Another District, 12 Notice of Attorney Appearance − Defendant, 5 Order Setting Conditions of Release (Pretrial Release Order). To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov.. (dde) (Entered: 09/24/2026) |

ADAM GORDON
United States Attorney
TAAJ ROBINSON
Assistant United States Attorney
New York Bar No. 5686621
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9701
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN BRANDON FLORES CAZARES,<br><br>Defendant. | Case No.: 26-MJ-05300-AHG<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

//

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None.

Please feel free to call me if you have any questions about this notice.

DATED: September 21, 2026.

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/Taaj Robinson*
TAAJ ROBINSON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

**NINA PAPACHRISTOU**
California State Bar No. 345688
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Nina_Papachristou@fd.org

Attorneys for
FLORES CAZARES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEVIN BRANDON FLORES CAZARES,<br>Defendant. | CASE NO.: 26MJ5300<br><br>**NOTICE OF APPEARANCE AS LEAD COUNSEL** |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Nina Papachristou, Federal Defenders of San Diego, Inc., hereby gives notice that she is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: September 15, 2026

*s/ Nina Papachristou*
Federal Defenders of San Diego, Inc.
Attorneys for
FLORES CAZARES
Email: Nina_Papachristou@fd.org

25

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED
SEP 22 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT

for the

Southern District of California

United States of America
v.
Kevin Brandon Flores Cazares
*Defendant*

Case No. 26-mj-5300-AHG

Charging District's Case No. 26-cr-548-B-12

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* N.D. Tex.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/18/2026

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Nina B. Papachristou, CA Bar No. 345688
*Printed name of defendant's attorney*

FILED

SEP 22 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KEVIN BRANDON FLORES CAZARES,**<br><br>**Defendant.** | **Magistrate Case No. 26-mj-5300**<br><br>**ORDER OF REMOVAL**<br>**(Defendant Not In Custody)** |

An indictment having been filed in the Northern District of Texas, charging Defendant with conspiracy to commit wire fraud and bank fraud, in violation of Title 18, United States Code, Sections 1343, 1344(2), 1349, and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A.

Defendant was arrested on September 8, 2026, in the Southern District of California, pursuant to the out of district arrest warrant related to said charges. On September 9, 2026, this Court ordered that Defendant be released from custody on bond pursuant to certain conditions. On September 21, 2026, Defendant waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that Defendant appear before a Magistrate Court Judge in the Northern District of Texas on October 7, 2026, at 10:00 a.m. CDT in Courtroom #1566, or as directed by such court, for further proceedings.

**DATED:** 9/22/2026

Allison H. Goddard

**HON. ALLISON H. GODDARD**
**United States Magistrate Judge**
**Southern District of California**