UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>KEVIN BRANDON FLORES CAZARES ,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO:<br>3:26-cr-548-B(12) |

## PRETRIAL ORDER

The Court finds that in the interest of justice, this case shall be tried together with all co-defendants, pursuant to 18 U.S.C. § 3161(h)(6). Additionally, this Court determined this case to be so complex due to the number of defendants and the nature of the prosecution that it is unreasonable to expect adequate preparation for the trial itself within the time limits established by the Speedy Trial Act, and declared it complex pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii). Doc. 108. Accordingly, this case is set for trial on **February 8, 2027, at 9:00 a.m.**

Defendant shall not file any motion for, or to compel, discovery, disclosure, or production unless (i) defendant has first made written request of the government for the desired discovery, disclosure, or production, which written request shall specify a time and date prior to the motions deadline when discovery, disclosure, or production, as applicable, of the items is desired office of the U.S. Attorney, and (ii) the government has failed to comply with the request. The government shall respond, either orally or in writing, to any request made in accordance with this paragraph within five (5) government working days of receiving same. The government shall indicate either that the discovery will be allowed or the disclosure or production will be made as requested or that

the request or portions thereof are objectionable, in which case the government shall briefly state the legal basis for the government's objections. Lack of actual possession of an item by the government will not be accepted as a reason for non-production if the government can obtain possession of the original or a copy of the item upon request.

If the government does not comply with such request, defendant will be permitted to file a motion to compel, or for discovery or disclosure. Any such motion must be accompanied by copies of any pertinent requests that were previously served by the movant and verification as to service of each such request and the results of the efforts to obtain the desired discovery, disclosure, or production pursuant to each such request.

Therefore, pretrial motions, whether filed by the government or the defendants, must be filed by **December 14, 2026**. A Pretrial Conference is hereby set for **February 5, 2027, at 10:00 a.m.**

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **January 25, 2027.** The parties are instructed to refer to the Court's original pretrial order (doc. 111) for the Court's requirements as to each of the aforementioned documents.

**SO ORDERED.**

Signed this October 15, 2026.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE