✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Texas

USA

V.

Jamel Allen Small

## EXHIBIT AND WITNESS LIST

Case Number: 3:26-cr-548-B(9)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jane J. Boyle | Michael J Murtha | James Nicholas Bunch |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/27/2026 | Shawnie Archuleta | Anthony Christo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/27/2026 | Yes | Yes | Telegram Profile |
| 2 | | 10/27/2026 | Yes | Yes | Telegram Messages |
| 3 | | 10/27/2026 | Yes | Yes | Payment Information and Telegram Messages |
| 4 | | 10/27/2026 | Yes | Yes | Payment Information and Telegram Messages |
| 5 | | 10/27/2026 | Yes | Yes | Payment information |
| 6 | | 10/27/2026 | Yes | Yes | Georgia License |
| 7 | | 10/27/2026 | Yes | Yes | Payment Information and Telegram Messages |
| 8 | | 10/27/2026 | Yes | Yes | Telegram Messages |
| 9 | | 10/27/2026 | Yes | Yes | Telegram Messages |
| 10 | | 10/27/2026 | Yes | Yes | Telegram Messages |
| 11 | | 10/27/2026 | Yes | Yes | Telegram Messages |
| 12 | | 10/27/2026 | Yes | Yes | Telegram Messages |
| 13 | | 10/27/2026 | Yes | Yes | Telegram Messages |
| 14 | | 10/27/2026 | Yes | Yes | Telegram Messages |
| 15 | | 10/27/2026 | Yes | Yes | Licenses and Social Security Card |
| 16 | | 10/27/2026 | Yes | Yes | Compuer with License |
| 17 | | 10/27/2026 | Yes | Yes | Image of a Machine |
| 18 | | 10/27/2026 | Yes | Yes | Image of a Machine |
| 19 | | 10/27/2026 | Yes | Yes | Multiple State Licenses |
| 20 | | 10/27/2026 | Yes | Yes | Florida License |
| 21 | | 10/27/2026 | Yes | Yes | Notebook with Notes |
| 22 | | 10/27/2026 | Yes | Yes | Image of Phones and Miscellaneous Items |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Jamel Allen Small | CASE NO. 3:26-cr-548-B(9) |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 10/27/2026 | Yes | Yes | Telegram Messages |
| 24 | | 10/27/2026 | Yes | Yes | Audio Recording |
| 25 | | 10/27/2026 | Yes | Yes | Transcript of Audio Recording from Detention Hearing |
| 26 | | 10/27/2026 | Yes | Yes | NCIC Report |
| | | | | | United States Postal Inspector Court Carter |